DOROTHY BARRELL, Appellant, et al., Plaintiff, *v.* LAMMERTS, INC., et al., Respondents.

Submitted February 28, 1955; decided March 10, 1955.

*Joseph Speranza* for motion.

*Wallace H. Miller* opposed.

Motion for leave to appeal denied upon the ground that an appeal lies as of right.